UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER STAWARZ,<br><br>Plaintiff,<br><br>v.<br><br>SGT. WEBB,<br><br>Defendant. | CIVIL NO. 3:21-CV-01393<br><br>(Magistrate Judge Latella) |

## ORDER

AND NOW, this 9th day of October, 2025, upon consideration of Plaintiff's motion for reconsideration of the Court's April 15, 2025 Order dismissing the John Doe defendants (Doc. 107), it is hereby **ORDERED** that the motion is **DENIED**.

/s/ Leo A. Latella
**LEO A. LATELLA**
**United States Magistrate Judge**